United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIR ALEXIS PONCE ZELAYA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:26-cv-935 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Martir Alexis Ponce Zelaya is presently in custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center in Conroe, Texas. Represented by counsel, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his detention. Dkt. 1. The Court ordered the federal respondents to answer the petition. Dkt. 5. In response, the respondents filed an advisory to notify the Court of related habeas proceedings already pending in this district. Dkt. 7.

Court records show that the petitioner previously filed a § 2241 petition to challenge his current detention, and the case remains pending in this district. *See Ponce-Zelaya v. Dickey, et al.*, Civil No. 4:26-cv-904 (S.D. Tex.). A habeas petitioner may not maintain duplicate proceedings to challenge the same detention.

Accordingly, the Court **ORDERS** this case **DISMISSED WITHOUT PREJUDICE** as duplicative.

SIGNED at Houston, Texas, on 4/8/26 _____.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE